IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS SALLADINO<br>Plaintiff | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant | : | FILED<br>FEB -2 2015<br>NO. 13-3584 |

## ORDER

AND NOW, this 2nd day of February, 2015, after careful review and independent consideration of the Plaintiff's motion for summary judgment and brief in support, Defendant's response and review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby ORDERED that:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) The Plaintiff's Request for Review is GRANTED in part and DENIED in part;

(3) The matter be REMANDED to the Commissioner of Social Security Administration to allow the Administrative Law Judge (ALJ) to conduct additional proceedings consistent with the Report and Recommendation. On remand, the ALJ shall: (a) submit Plaintiff for IQ testing to assess his mental acuity; (b) reconsider Plaintiff's mental impairments to determine whether he meets a Listing, specifically Listing 12.05; (c) reassess Plaintiff's residual functional capacity, considering all of his mental and physical limitations; and (d) if necessary, pose hypothetical questions to the vocational expert which take into account all of Plaintiff's credible limitations.

It be so ORDERED.

_____
EDUARDO C. ROBRENO, J.